United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 30, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-60687
Summary Calendar

AMIR ALI KARIM; ANIL AMIR ALI,

Petitioners,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent,

Petition for Review of an Order of the
Board of Immigration Appeals
(Agency Nos. A95 319 888 and A95 319 938)

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Because the Petitioners waived their right to appeal the immigration judge's

decision to the Board of Immigration Appeals (BIA) and failed to challenge the

waiver on their notice of appeal to the BIA by arguing that the waiver was not

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

knowing or intelligent, the Petitioners failed to exhaust their administrative remedies, and accordingly, this Court lacks jurisdiction to hear this petition for review.

PETITION DISMISSED.